# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SASHA RICKETSON, TINA RAMUS,
ON BEHALF OF MADISON
RICKETSON AND XANDER RAMUS,
AND DANIELL BERRY ON BEHALF
OF DYLAN BERRY, INDIVIDUALLY
AND ON BEHALF OF STEPHEN
RICKETSON

VERSUS

ANITA MCKENZIE, ROBERT D.
FRANK, ILLINOIS CENTRAL
RAILROAD COMPANY, STATE OF
LOUISIANA THROUGH DEPARTMENT
OF TRANSPORTATION AND
DEVELOPMENT, PARISH OF
TANGIPAHOA, TOWN OF AMITE
CITY

NO.   2020 CW 0936

DECEMBER 21, 2020

---

In Re:    Town of Amite City, applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
No. 20160001308.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc., v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**VGW**
**JEW**

**Chutz, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT